# In the United States Court of Federal Claims

No. 13-465 C
(Filed: September 18, 2013)

```
*************************************
FAIRHOLME FUNDS, INC., et al.,      *
                                    *
              Plaintiffs,           *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
*************************************
```

## ORDER

After full briefing and careful consideration, the court, for the reasons set forth in plaintiffs' response in opposition, **DENIES** defendant's motion for stay.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY