# In the United States Court of Federal Claims

No. 13-465 C
(Filed: February 6, 2014)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FAIRHOLME FUNDS, INC., et al.,                *

                                                              *

                              Plaintiffs,        *

                                                              *

v.                                                          *

                                                              *

THE UNITED STATES,                            *

                                                              *

                              Defendant.         *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

On February 3, 2014, the court issued orders in <u>Washington Federal et al. v. United States</u>, No. 13-385 and <u>Fisher et al. v. United States</u>, No. 13-608, directing plaintiffs to advise the court by February 18, 2014, whether they, like <u>Fairholme,</u> intend to seek discovery related to the court's jurisdiction.  On February 4, 2014, defendant filed a third motion for enlargement of time to response to plaintiffs' motion for discovery, in light of this order.  For good cause shown, the court hereby **grants** defendant's response to plaintiffs' motion for discovery until the date plaintiffs in <u>Washington Federal</u> and <u>Fisher</u> respond to the court's orders.  In the event either party files a motion for discovery, defendant's response shall be filed by **no later than 14 days after the motion(s) is/are filed.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY