# In the United States Court of Federal Claims

No. 13-465 C
(Filed: March 19, 2014)

```
*************************************
FAIRHOLME FUNDS, INC., et al.,       *
                                     *
                Plaintiffs,          *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
                Defendant.           *
*************************************
```

## **ORDER**

On February 26, 2014, this court issued an order suspending the briefing schedule regarding defendant's motion to dismiss, pending fact discovery regarding whether this court possesses jurisdiction. On March 17, 2014, defendant filed a motion to lift this stay, or in the alternative, a motion for reconsideration of the court's stay. In order to promote the efficient administration of justice and to prevent inconsistent rulings, the court **DENIES** defendant's request.

Further, the court amends its February 26, 2014 order to reflect that the parties' joint status report proposing a discovery schedule regarding jurisdiction is due **no later than Friday, March 21, 2014**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
JUDGE MARGARET M. SWEENEY