IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| FAIRHOLME FUNDS, INC., et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 13-465C (Judge Sweeney) |
| THE UNITED STATES, | ) ) | |
| *Defendant*. | ) ) | |

## JOINT STATUS REPORT

Consistent with this Court's Orders of April 4, 2014 (Doc. 40), and April 9, 2014 (Doc. 41), the parties hereby respectfully submit this joint status report to advise the Court that they do not believe that the status conference scheduled for April 23, 2014, is needed at this time.

Respectfully submitted,

| | |
|---|---|
| STUART F. DELERY<br>Assistant Attorney General | s/ Charles J. Cooper<br>Charles J. Cooper<br>*Counsel of Record for Plaintiffs* |
| s/ Robert E. Kirschman, Jr.<br>ROBERT E. KIRSCHMAN, JR.<br>Director | COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600 |
| s/ Kenneth M. Dintzer<br>KENNETH M. DINTZER<br>Acting Deputy Director<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>P.O. Box 480 Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-0385<br>(202) 307-0972 fax<br>KDintzer@CIV.USDOJ.GOV<br>Attorneys for Defendant | (202) 220-9601 (fax)<br>ccooper@cooperkirk.com<br><br>*Of counsel*:<br>Vincent J. Colatriano<br>David H. Thompson<br>Peter A. Patterson<br>Brian Barnes<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax) |

Date:  April 22, 2014