## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| _____ ) | |
| FAIRHOLME FUNDS, INC., et al.,                    ) | |
|                                                                         ) | |
| *Plaintiffs*,                 ) | |
|                                                                         ) | |
| v.                                       ) | No. 13-465C |
|                                                                         ) | (Judge Sweeney) |
| THE UNITED STATES,                              ) | |
|                                                                         ) | |
| *Defendant.*                  ) | |
| _____ ) | |

### JOINT STATUS REPORT

Consistent with this Court's Orders of April 4, 2014 (Doc. 40) and April 9, 2014 (Doc. 41), the parties hereby respectfully submit this joint status report to advise the Court that they do not believe that the status conference scheduled for May 21, 2014 is needed at this time.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Director

s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Acting Deputy Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480 Ben Franklin Station
Washington, D.C. 20044
(202) 616-0385
(202) 307-0972 fax
KDintzer@CIV.USDOJ.GOV
Attorneys for Defendant

Date:  May 20, 2014

s/ Charles J. Cooper
Charles J. Cooper
*Counsel of Record for Plaintiffs*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Of counsel*:
Vincent J. Colatriano
David H. Thompson
Peter A. Patterson
Brian Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)