## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | No. 13-465C |
| ) | (Judge Sweeney) |
| THE UNITED STATES, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

### JOINT STATUS REPORT REGARDING PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's order dated June 4, 2014, the parties have agreed on a proposed briefing schedule for resolution of the Government's pending motion for protective order. Plaintiffs will file their response to the Government's motion on or before June 10, 2014. The United States will file its reply on or before June 17, 2014. In order to accommodate plaintiffs' counsel's longstanding plans to travel out of the country on June 20, the parties agree and propose that oral argument on the motion be held on June 19, 2014.

Date:  June 6, 2014                                             Respectfully submitted,

STUART F. DELERY                                         s/ Charles J. Cooper
Assistant Attorney General                              Charles J. Cooper
                                                                         *Counsel of Record for Plaintiffs*
s/ Robert E. Kirschman, Jr.                            COOPER & KIRK, PLLC
ROBERT E. KIRSCHMAN, JR.                      1523 New Hampshire Avenue, N.W.
Director                                                            Washington, D.C. 20036
                                                                         (202) 220-9600
s/ Kenneth M. Dintzer /                                  (202) 220-9601 (fax)
  by Gregg M. Schwind                                 ccooper@cooperkirk.com
KENNETH M. DINTZER
Acting Deputy Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480 Ben Franklin Station

Washington, D.C. 20044
(202) 616-0385
(202) 307-0972 fax
KDintzer@CIV.USDOJ.GOV
Attorneys for Defendant

*Of counsel*:
Vincent J. Colatriano
David H. Thompson
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)