# In the United States Court of Federal Claims

No. 13-465 C
(Filed: July 10, 2014)

```
*************************************
FAIRHOLME FUNDS, INC. et al.,         *
                                      *
                Plaintiffs,           *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
                Defendant.            *
*************************************
```

## ORDER

It has come to the court's attention that a member of the court's Office of Information and Technology staff discovered a notebook in Courtroom 4, which appears to have been left behind after the last hearing in the above-captioned case. If a party in this or in one of the related cases believes that they inadvertently left the notebook behind, they should contact the Senior Staff Attorney of the Court in the Clerk's Office to ascertain if it belongs to them.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge
