# In the United States Court of Federal Claims

No. 13-465 C
(Filed: August 5, 2014)

```
*************************************
FAIRHOLME FUNDS, INC. et al.,        *
                                     *
              Plaintiffs,            *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
*************************************
```

## ORDER

      The parties in the above-captioned case filed a joint status report on August 5, 2014, indicating their desire to have a status conference on Thursday, August 7, 2014. Due to a last-minute schedule change, the court is not available to conduct a status conference on August 7, 2014. The court will instead convene a status conference on **Monday, August 11, 2014**. By **no later than Thursday, August 7, 2014**, the parties shall file a joint status report (1) indicating their time preference for the status conference (the court is available between 10:00 a.m. and 3:00 p.m.) and (2) containing the information required by the court's April 9, 2014 order.

      **IT IS SO ORDERED.**

                                                                s/ Margaret M. Sweeney
                                                                MARGARET M. SWEENEY
                                                                Judge