# In the United States Court of Federal Claims

No. 13-465 C
(Filed: September 22, 2014)

```
*************************************
FAIRHOLME FUNDS, INC. et al.,       *
                                    *
             Plaintiffs,            *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
             Defendant.             *
*************************************
```

**<u>ORDER</u>**

On September 22, 2014, the parties in the above-captioned case filed a joint status report indicating that they do not request a status conference this week, and that they may request one for the week of September 29, 2014. Accordingly, the parties shall file a joint status report **by no later than Friday, September 26, 2014 at 5:00 p.m.** regarding whether they wish to appear before the court for a status conference the following week. The court is available at **2:00 p.m. or any time thereafter on Wednesday, October 1, Thursday, October 2, or Friday, October 3, 2014**. The submission shall indicate a proposed date and time for the status conference, and include the information outlined in the parties' September 22 joint status report.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge