### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| FAIRHOLME FUNDS, INC., et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | No. 13-465C |
| ) | (Judge Sweeney) |
| THE UNITED STATES, ) | |
| ) | |
| *Defendant.* ) | |

### JOINT STATUS REPORT REGARDING OCTOBER 1 STATUS CONFERENCE

In accordance with this Court's Orders of August 13, 2014 (Doc. 85) and September 22, 2014 (Doc. 98), the parties hereby notify the Court that, unless the Court would like oral argument concerning the pending application of J. Timothy Howard for access to protected information (Doc. 93), they do not believe it is necessary to hold a status conference during the week of September 29. Should the Court decide to hold a status conference, the parties propose that the conference be held at 2 p.m. on Wednesday, October 1. In that event, the parties will promptly provide the names of attorneys who plan to participate in or listen to the status conference.

Date:  September 26, 2014                                Respectfully submitted,

JOYCE R. BRANDA                                          s/ Charles J. Cooper
Acting Assistant Attorney General                        Charles J. Cooper
                                                         *Counsel of Record for Plaintiffs*
s/ Robert E. Kirschman, Jr.                              COOPER & KIRK, PLLC
ROBERT E. KIRSCHMAN, JR.                                 1523 New Hampshire Avenue, N.W.
Director                                                 Washington, D.C. 20036
                                                         (202) 220-9600
s/ Kenneth M. Dintzer                                    (202) 220-9601 (fax)
KENNETH M. DINTZER                                       ccooper@cooperkirk.com
Acting Deputy Director

1

Commercial Litigation Branch  
U.S. Department of Justice  
P.O. Box 480 Ben Franklin Station  
Washington, D.C. 20044  
(202) 616-0385  
(202) 307-0972 fax  
KDintzer@CIV.USDOJ.GOV  
Attorneys for Defendant

*Of counsel*:  
Vincent J. Colatriano  
David H. Thompson  
Peter A. Patterson  
Brian W. Barnes  
COOPER & KIRK, PLLC  
1523 New Hampshire Avenue, N.W.  
Washington, D.C. 20036  
(202) 220-9600  
(202) 220-9601 (fax)