# In the United States Court of Federal Claims

No. 13-465 C
(Filed: December 12, 2014)

```
*************************************
FAIRHOLME FUNDS, INC. et al.,        *
                                     *
                  Plaintiffs,        *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
                  Defendant.         *
*************************************
```

## ORDER

     On October 28, 2014, defendant in the above-captioned case filed a motion to stay proceedings, and plaintiffs filed a response on November 17, 2014. On November 21, 2014, plaintiffs in a related case, <u>Rafter v. United States</u>, 14-740C, filed an amicus brief regarding defendant's motion to stay, and subsequently, on December 5, 2014, plaintiffs in another related case, <u>Washington Federal v. United States</u>, 13-385C, filed an amicus brief, as well. Defendant has now filed an unopposed motion to file a response to the amicus briefs. For the reasons stated in defendant's motion, and because its response to the amicus briefs would be of assistance in resolving the motion to stay, the court **GRANTS** defendant's motion to file a response. The response attached to defendant's motion is sufficiently filed, and need not be refiled.

     **IT IS SO ORDERED.**

s/ Margaret M. Sweeney<br>
MARGARET M. SWEENEY<br>
Judge