## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| FAIRHOLME FUNDS, INC., et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>*Defendant*. )<br>) | No. 13-465C<br>(Judge Sweeney) |

### JOINT STATUS REPORT REGARDING DECEMBER 17 STATUS CONFERENCE

In accordance with this Court's Order of August 13, 2014 (Doc. 85), the parties hereby notify the Court that they do not believe it is necessary to hold the status conference currently scheduled for December 17.

Date:   December 15, 2014                                         Respectfully submitted,

JOYCE R. BRANDA                                                   s/ Charles J. Cooper
Acting Assistant Attorney General                                 Charles J. Cooper
                                                                  *Counsel of Record for Plaintiffs*
s/ Robert E. Kirschman, Jr.                                       COOPER & KIRK, PLLC
ROBERT E. KIRSCHMAN, JR.                                          1523 New Hampshire Avenue, N.W.
Director                                                          Washington, D.C. 20036
                                                                  (202) 220-9600
s/ Kenneth M. Dintzer                                             (202) 220-9601 (fax)
KENNETH M. DINTZER                                                ccooper@cooperkirk.com
Acting Deputy Director
Commercial Litigation Branch                                      *Of counsel*:
U.S. Department of Justice                                        Vincent J. Colatriano
P.O. Box 480 Ben Franklin Station                                 David H. Thompson
Washington, D.C. 20044                                            Peter A. Patterson
(202) 616-0385                                                    Brian W. Barnes
(202) 307-0972 fax                                                COOPER & KIRK, PLLC
KDintzer@CIV.USDOJ.GOV                                            1523 New Hampshire Avenue, N.W.
Attorneys for Defendant                                           Washington, D.C. 20036
                                                                  (202) 220-9600
                                                                  (202) 220-9601 (fax)

1