# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| FAIRHOLME FUNDS, INC., et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 13-465C (Judge Sweeney) |
| THE UNITED STATES, | ) ) | |
| *Defendant*. | ) ) ) | |

## JOINT STATUS REPORT REGARDING JANUARY 28 STATUS CONFERENCE

In accordance with this Court's Order of August 13, 2014 (Doc. 85), the parties hereby notify the Court that they believe that the Court should hold the status conference currently scheduled for January 28.

Pursuant to the Court's August 13 Order, the parties further provide the following "summary description of the topic areas" that they may wish to discuss at the status conference: (1) the general status of the discovery previously authorized by the Court; (2) Plaintiffs' concerns regarding the pace at which Defendant is discharging its obligation to produce both responsive documents and privilege logs for those documents that Defendant has withheld from production; (3) Plaintiffs' concerns regarding Defendant's wholesale designation of all materials produced in discovery as Protected Information and its apparent failure to review the propriety of those designations; (4) Defendant's concerns regarding Plaintiffs' stated intent to seek the deposition testimony of current and former executives of Fannie Mae and Freddie Mac, including the chief executive officers; and (5) the schedule for briefing and consideration of possible discovery motions relating to the above topics, including a motion to extend the period of discovery.

The parties hereby notify the Court that the following attorneys for the Fairholme Plaintiffs plan to appear in person at the January 28 status conference:

- David H. Thompson, Cooper & Kirk, PLLC
- Vincent J. Colatriano, Cooper & Kirk, PLLC

The following attorneys for the Fairholme Plaintiffs plan to appear by telephone:

- Charles J. Cooper, Cooper & Kirk, PLLC
- Christine Cubias, General Counsel, Fairholme Funds, Inc.

The following attorneys for the United States plan to appear in person:

- Kenneth M. Dintzer
- Elizabeth M. Hosford
- Gregg M. Schwind

The following other attorneys plan to appear by telephone:

- Zac Hudson, Bancroft PLLC (representing Fannie Mae)
- Michael Ciatti, King & Spalding (representing Freddie Mac)

In accordance with the Court's prior orders, counsel for the Fairholme Plaintiffs has contacted counsel for the plaintiffs in the related cases pending before this Court. The following attorneys intend to listen to the status conference telephonically:

- Hamish Hume, Boies, Schiller & Flexner (*Cacciapelle v. United States*, No. 13-466)
- Richard M. Zuckerman, Dentons (*Arrowood Indemnity Corp. v. United States*, No. 13-698)
- Noah Schubert, Schubert Jonckheer & Kolbe (*Fisher v. United States*, No. 13-608, *Reid v. United States*, No. 14-152)
- Miranda Kolbe, Schubert Jonckheer & Kolbe (*Fisher v. United States*, No. 13-608, *Reid v. United States*, No. 14-152)

- Ed Haber, Shapiro Haber & Urmy (*Fisher v. United States*, No. 13-608, *Reid v. United States*, No. 14-152)

- Robert M. Roseman, Spector Roseman Kodroff & Willis (*Washington Federal v. United States*, No. 13-385)

- Jennifer Fountain Connolly, Hagens Berman (*Washington Federal v. United States*, No. 13-385)

- Louis C. Ludwig, Pomerantz LLP (*American European Insurance Co. v. United States*, No. 13-496)

Finally, the Fairholme Plaintiffs wish to inform the Court that because it is possible that the Fairholme Plaintiffs' counsel will need to refer during the status conference to documents that have been produced in discovery and that have been designated by the producing parties as Protected Information within the meaning of the Protective Order issued by the Court in this action (Doc. 73), it may be necessary for the Court, during portions of the status conference, to take precautions to ensure that Protected Information is not disclosed to persons who have not been authorized to receive it.  Thus, it may be necessary for the Court to clear the courtroom of such non-authorized persons, and to limit telephone participation to authorized persons, during portions of the status conference.

Date:   January 26, 2015

JOYCE R. BRANDA
Acting Assistant Attorney General

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Director

s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Acting Deputy Director
Commercial Litigation Branch

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper
*Counsel of Record for Plaintiffs*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Of counsel*:

U.S. Department of Justice
P.O. Box 480 Ben Franklin Station
Washington, D.C. 20044
(202) 616-0385
(202) 307-0972 fax
KDintzer@CIV.USDOJ.GOV
Attorneys for Defendant

Vincent J. Colatriano
David H. Thompson
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)