# In the United States Court of Federal Claims

No. 13-465C
(Filed: January 26, 2015)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| FAIRHOLME FUNDS, INC. et al., | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The parties in the above-captioned case have filed a joint status report requesting a status conference with respect to issues outlined therein.  Accordingly, a status conference shall be held on **Wednesday, January 28, 2015 at 10:00 a.m. EDT** at the Howard T. Markey National Courts Building, located at 717 W. Madison Pl., NW, Washington, D.C., 20439.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge