# In the United States Court of Federal Claims

No. 13-465C
(Filed: January 26, 2015)

```
*************************************
FAIRHOLME FUNDS, INC. et al.,         *
                                      *
                  Plaintiffs,         *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
                  Defendant.          *
*************************************
```

**NOTICE REGARDING
EX PARTE AND OTHER INAPPROPRIATE COMMUNICATIONS TO CHAMBERS**

On April 9, 2014, the court entered an order in the above-captioned case stating that it will not entertain ex parte communications under any circumstances, and directing counsel to notify their clients that they shall not initiate any such communications. Despite this order, over the course of the last few months, the court has received several communications from shareholders and other parties, either requesting or offering information regarding this case. Ex parte communications, whether from counsel or a party, are **categorically and unequivocally inappropriate**. In addition, the court will not entertain queries from members of the public, including news agencies.

Any questions regarding this case shall be directed to the Clerk's Office. Counsel shall advise their respective clients that the court **will not tolerate** any further attempts at ex parte communications with the court.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge