# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) No. 13-465C ) (Judge Sweeney) |
| THE UNITED STATES, | ) ) |
| *Defendant*. | ) ) ) |

## JOINT MOTION TO MODIFY DISCOVERY SCHEDULE

In accordance with Rule 6(b) of the Rules of the United States Court of Federal Claims and this Court's order dated September 8, 2014, the parties respectfully request a three-month extension of time to complete discovery in this case. Jurisdictional discovery is currently scheduled to be completed by March 27, 2015. The requested extension of time, if granted, would extend this period to June 29, 2015.

There is good cause for the parties' request. On September 5, 2014, the parties informed the Court that "it is likely that discovery can be completed by March 27, 2015." Joint Status Report at 1, Sept. 5, 2014 (ECF No. 90). This proposed discovery completion date was based, in part, on defendant's estimate that it would complete the production of non-privileged, responsive documents by mid-January 2015. *Id.* On September 8, 2014, the Court issued an order directing that jurisdictional discovery be completed by March 27, 2015, and that, if the parties needed additional time to complete discovery, they should file an appropriate motion. Order at 1, Sept. 8, 2014 (ECF No. 92).

Given a number of circumstances, at least some of which were explained at recent status conferences, defendant now estimates that its document production will be completed by April

2015. In light of this new estimate, the parties have discussed the discovery schedule, and have agreed that the discovery deadline should be extended until late June.

The parties have agreed that, if the extension of time is granted, defendant will produce to Fairholme every two weeks (or more frequently): (1) any responsive non-privileged documents the Government has reviewed and has not previously produced; and (2) a revised privilege log containing responsive documents that the Government has identified as privileged.

For these reasons, the parties respectfully request that the Court grant an extension of time of three months, from March 27 to June 29, 2015, for the parties to complete the discovery permitted by the Court in this case.

Date: March 6, 2015                                             Respectfully submitted,

| | |
|---|---|
| BENJAMIN C. MIZER<br>Acting Assistant Attorney General | s/ Charles J. Cooper<br>Charles J. Cooper<br>*Counsel of Record for Plaintiffs* |
| s/ Robert E. Kirschman, Jr.<br>ROBERT E. KIRSCHMAN, JR.<br>Director | COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600 |
| s/ Kenneth M. Dintzer<br>KENNETH M. DINTZER<br>Deputy Director<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>P.O. Box 480 Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-0385<br>(202) 307-0972 fax<br>KDintzer@CIV.USDOJ.GOV<br>Attorneys for Defendant | (202) 220-9601 (fax)<br>ccooper@cooperkirk.com<br><br>*Of counsel*:<br>Vincent J. Colatriano<br>David H. Thompson<br>Peter A. Patterson<br>Brian W. Barnes<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 220-9600<br>(202) 220-9601 (fax) |