# In the United States Court of Federal Claims

No. 13-465 C
(Filed: March 16, 2015)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| FAIRHOLME FUNDS, INC. et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On September 8, 2014, the court entered an order requiring that jurisdictional discovery in the above-captioned case be completed by March 27, 2015. The parties have now filed a motion requesting that the deadline for jurisdictional discovery be extended, for reasons outlined at the February 25, 2015 status conference. Because the parties have represented that additional time is necessary for document production, the motion is **GRANTED**. Jurisdictional discovery shall be completed by **Monday, June 29, 2015**. The parties shall file a joint status report suggesting future proceedings in this case by **no later than Monday, July 13, 2015**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge