**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FAIRHOLME FUNDS, INC., et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | No. 13-465C (Judge Sweeney) |
| THE UNITED STATES, | ) ) | |
| *Defendant.* | ) ) ) | |

## JOINT STATUS REPORT REGARDING MARCH 25 STATUS CONFERENCE

In accordance with this Court's Order of August 13, 2014 (Doc. 85), the parties hereby notify the Court that they believe that it should hold a status conference to discuss Plaintiffs' decision to move forward with depositions of Government witnesses before the Government has completed its production of documents. Plaintiffs' counsel have scheduling conflicts and are unavailable on March 25. Accordingly, the parties propose that a status conference be held, subject to the Court's availability, during the afternoon of Thursday, March 26, or at 10am or at 2pm or later on Friday, March 27. The parties are also available for a status conference on Tuesday, March 31, but the Government would prefer that the status conference be held this week if the Court is available.

The parties hereby notify the Court that the following attorneys for the Fairholme Plaintiffs plan to appear in person at the status conference:

- Charles J. Cooper, Cooper & Kirk, PLLC
- David H. Thompson, Cooper & Kirk, PLLC
- Vincent J. Colatriano, Cooper & Kirk, PLLC

The following attorney for the Fairholme Plaintiffs plans to appear by telephone:

- Christine Cubias, General Counsel, Fairholme Funds, Inc.

The following attorneys for the United States plan to appear in person:

- Kenneth M. Dintzer

- Elizabeth M. Hosford

- Gregg M. Schwind

The following other attorneys plan to appear by telephone:

- Zac Hudson, Bancroft PLLC (representing Fannie Mae)

- Michael Ciatti, King & Spalding (representing Freddie Mac)

In accordance with the Court's prior orders, counsel for the Fairholme Plaintiffs has contacted counsel for the plaintiffs in the related cases pending before this Court. The following attorneys intend to listen to the status conference telephonically[1]:

- Hamish Hume, Boies, Schiller & Flexner (*Cacciapelle v. United States*, No. 13-466)

- Richard M. Zuckerman, Dentons (*Arrowood Indemnity Corp. v. United States*, No. 13-698)

- Noah Schubert, Schubert Jonckheer & Kolbe (*Fisher v. United States*, No. 13-608, *Reid v. United States*, No. 14-152)

- Miranda Kolbe, Schubert Jonckheer & Kolbe (*Fisher v. United States*, No. 13-608, *Reid v. United States*, No. 14-152)

- Robert M. Roseman, Spector Roseman Kodroff & Willis (*Washington Federal v. United States*, No. 13-385)

- Louis C. Ludwig, Pomerantz LLP (*American European Insurance Co. v. United States*, No. 13-496)

---

[1] Once the Court schedules the status conference, Plaintiffs will confer with the attorneys in the related cases and file a revised list if necessary.

Date:   March 23, 2015

BENJAMIN C. MIZER
Acting Assistant Attorney General

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Director

s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Deputy Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480 Ben Franklin Station
Washington, D.C. 20044
(202) 616-0385
(202) 307-0972 fax
KDintzer@CIV.USDOJ.GOV
Attorneys for Defendant

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper
*Counsel of Record for Plaintiffs*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Of counsel*:
Vincent J. Colatriano
David H. Thompson
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)