## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____
)
FAIRHOLME FUNDS, INC., et al.,              )
                                            )
             *Plaintiffs*,                  )
                                            )
      v.                                    )      No. 13-465C
                                            )      (Judge Sweeney)
THE UNITED STATES,                          )
                                            )
             *Defendant.*                   )
_____             )

## JOINT STATUS REPORT REGARDING MAY 6 STATUS CONFERENCE

In accordance with this Court's Order of August 13, 2014 (Doc. 85), the parties hereby notify the Court that they do not believe it is necessary to hold the status conference currently scheduled for May 6.


Date:   May 4, 2015                               Respectfully submitted,

BENJAMIN C. MIZER                                 s/ Charles J. Cooper
Principal Deputy Assistant Attorney General       Charles J. Cooper
                                                  *Counsel of Record for Plaintiffs*
s/ Robert E. Kirschman, Jr.                       COOPER & KIRK, PLLC
ROBERT E. KIRSCHMAN, JR.                          1523 New Hampshire Avenue, N.W.
Director                                          Washington, D.C. 20036
                                                  (202) 220-9600
s/ Kenneth M. Dintzer                             (202) 220-9601 (fax)
KENNETH M. DINTZER                                ccooper@cooperkirk.com
Deputy Director
Commercial Litigation Branch                      *Of counsel*:
U.S. Department of Justice                         Vincent J. Colatriano
P.O. Box 480 Ben Franklin Station                 David H. Thompson
Washington, D.C. 20044                            Peter A. Patterson
(202) 616-0385                                    Brian W. Barnes
(202) 307-0972 fax                                COOPER & KIRK, PLLC
KDintzer@CIV.USDOJ.GOV                            1523 New Hampshire Avenue, N.W.
Attorneys for Defendant                           Washington, D.C. 20036
                                                  (202) 220-9600
                                                  (202) 220-9601 (fax)