IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> *Defendant*. ) | No. 13-465C <br> (Judge Sweeney) |

**JOINT STATUS REPORT REGARDING JUNE 17 STATUS CONFERENCE**

In accordance with this Court's Order of August 13, 2014 (Doc. 85), the parties hereby notify the Court that they do not believe it is necessary to hold the status conference currently scheduled for June 17.

Date: June 15, 2015

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Director

s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Deputy Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480 Ben Franklin Station
Washington, D.C. 20044
(202) 616-0385
(202) 307-0972 fax
KDintzer@CIV.USDOJ.GOV
Attorneys for Defendant

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper
*Counsel of Record for Plaintiffs*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Of counsel*:
Vincent J. Colatriano
David H. Thompson
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)