# In the United States Court of Federal Claims

No. 13-465C
(Filed: February 12, 2016)

```
*************************************
FAIRHOLME FUNDS, INC., et al.,      *
                                    *
              Plaintiffs,           *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
*************************************
```

**ORDER**

On November 18, 2015, the court entered an order granting a motion for certain plaintiffs' counsel in Saxton v. FHFA, No. 15-47 (N.D. Iowa) to be admitted to the protective order in the above-captioned case. Later that same day, one of the attorneys for the Saxton plaintiffs, Mr. Harold N. Schneebeck, entered a notice of appearance in this case. Subsequently, the court entered an order striking the notice of appearance. The court noted that although three of the Saxton plaintiffs' attorneys have access to protected information in this case, pursuant to Rule 83.1(c) of the Rules of the United States Court of Federal Claims, there was no basis for any of them to enter a notice of appearance because they do not represent any of the parties. Now, Mr. Schneebeck has filed a motion for leave to withdraw his November 18, 2015 notice of appearance. However, because Mr. Schneebeck's entry of a notice of appearance was stricken by the court, his request to withdraw the notice is moot. Accordingly, the motion is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge