IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, )<br> )<br>            Plaintiffs, )<br> )<br>                                   )   No. 13-465C<br>v.                                )   (Judge Sweeney)<br>                                   )<br>THE UNITED STATES, )<br> )<br>            Defendant. ) | |

## MOTION FOR LEAVE TO FILE AMICUS BRIEF OF PROFESSOR JOHN YOO

Professor John Yoo respectfully moves for leave to file the accompanying amicus brief in support of the *Perry Capital* plaintiffs' Motion to Remove the Protected Information Designations from Documents Cited in the D.C. Circuit Merits Briefing (March 31, 2016), Doc. 304. Professor Yoo is the Emanuel S. Heller Professor of Law at the University of California, Berkley, School of Law and served as the Deputy Assistant U.S. Attorney General in the Office of Legal Counsel (OLC) from 2001 to 2003. At OLC, Professor Yoo worked on issues involving foreign affairs, national security, and separation of powers. Professor Yoo has written extensively on the separation of powers, the scope of the President's constitutional authority, and executive privilege, and he is one of the Nation's leading authorities on those topics. Professor Yoo's experience and expertise make him uniquely qualified to address arguments over the propriety of the Government's efforts to avoid public criticism by using a variety of evidentiary privileges—many of which may only be invoked by the federal government—to prevent disclosure of information relating to its decision to nationalize Fannie Mae and Freddie Mac. As a leading scholar and practitioner in this area, Professor Yoo has a strong interest in seeking to ensure that the Government does not overstep the bounds of its constitutional authority to withhold important information from the public.

Although no statute or rule defines the scope of the Court's authority to grant or deny leave to file an amicus brief, *see United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927–28 (S.D. Tex. 2007), federal courts generally take a liberal approach to allowing the filing of amicus briefs, *see Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 131 (3d Cir. 2002) (Alito, J.).  The Court should grant Professor Yoo leave to file his brief because he is a leading authority on separation of powers and executive privilege issues, and his perspective will be useful to the court.  *See Wolfchild v. United States*, 62 Fed. Cl. 521, 537 (2004).

April 7, 2016

Respectfully submitted,

s/C. Boyden Gray
C. Boyden Gray
Boyden Gray & Associates PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0620 (telephone)
202-955-0621 (telefacsimile)
cbg@cboydengray.com
    *Attorney of record*

Of counsel:

Adam R.F. Gustafson
Boyden Gray & Associates PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0620 (telephone)
202-955-0621 (telefacsimile)
gustafson@boydengrayassociates.com