# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 13-465C |
| v. ) | (Judge Sweeney) |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT REGARDING UNSEALING OF THE COURT'S ORDER OF APRIL 11, 2016 DENYING LEAVE TO FILE AMICUS BRIEF**

Pursuant to this Court's Order of April 11, 2016 denying Professor John Yoo's motion for leave to file an amicus brief (Doc. 310), the parties hereby submit this joint status report to inform the Court that they believe the Order should be unsealed in its entirety.

Date: April 18, 2016

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Director

s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Deputy Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480 Ben Franklin Station
Washington, D.C. 20044
(202) 616-0385
(202) 307-0972 fax
KDintzer@CIV.USDOJ.GOV

*Attorneys for Defendant*

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper
*Counsel of Record for Plaintiffs*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com

*Of counsel*:
Vincent J. Colatriano
David H. Thompson
Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)