## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FAIRHOLME FUNDS, INC., et al.,<br><br>　　　　　　　　*Plaintiffs*,<br>　v.<br><br>THE UNITED STATES,<br><br>　　　　　　　　*Defendant*. | No. 13-465C<br><br>(Judge Sweeney) |

### NOTICE OF FILING OF APPLICATIONS OF CERTAIN COUNSEL REPRESENTING PLAINTIFFS IN *JACOBS v. FEDERAL HOUSING FINANCE AGENCY*, NO. 15-708-GMS (D. DEL.) FOR ACCESS TO PROTECTED INFORMATION

Pursuant to Paragraph 7 of the Second Amended Protective Order (November 9, 2015, Doc. 256), David Jacobs and Gary Hindes ("the *Jacobs* Plaintiffs") respectfully submit the applications of their attorneys Myron T. Steele, Michael A. Pittenger, Christopher N. Kelly and Alan R. Silverstein for access to Protected Information, attached hereto as Exhibits A-D. Because these applications are unopposed, under the terms of the Protective Order they are to be automatically granted.

1.　　The *Jacobs* Plaintiffs own shares of common and preferred stock of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation ("Freddie Mac") and they brought suit in the United States District Court for the District of Delaware challenging, among other things, the Net Worth Sweep as unlawful under the General Corporation Law of the State of Delaware and the Virginia Stock Corporation Act. See Complaint, *Jacobs v. Fed. Hous. Fin. Agency*, No. 15-708-GMS (D. Del., Aug. 17. 2015), Doc. 1.

2.	On March 15, 2016, the Federal Housing Finance Agency ("FHFA") filed a motion with the Judicial Panel on Multidistrict Litigation to transfer *Jacobs* and three other cases (*Saxton v. Fed. Hous. Fin. Agency*, No. 1:15-cv-00047 (N.D. Iowa), *Robinson v. Fed. Hous. Fin. Agency*, No. 7:15-cv-109 (E.D. Ky.) and *Roberts v. Fed. Hous. Fin. Agency*, No. 1-16-cv-02107 (N.D. Ill.)) to the United States District Court for the District of Columbia for coordinated trial proceedings. *In re: Federal Housing Finance Agency, et al., Preferred Stock Purchase Agreements Third Amendment Litigation*, MDL Docket No. 2713 (J.P.M.L.), Doc. 1. In support of its motion, FHFA attached copies of the *Saxton* and *Robinson* amended complaints which were filed under seal. Consistent with the protective order in this case, counsel for the *Jacobs* Plaintiffs have not seen those sealed amended complaints. Review of those amended complaints and the underlying discovery documents on which they are based will allow the *Jacobs* Plaintiffs to assess fully FHFA's arguments to the Judicial Panel on Multidistrict Litigation in anticipation of upcoming oral argument. Access to these documents will also further assist the *Jacobs* Plaintiffs in the underlying action presently pending in the District of Delaware.

3.	This Court has previously entered orders granting similar applications for access to Protected Information to certain counsel representing plaintiffs in *Saxton* (November 18, 2015, Doc. 265) and *Robinson* (December 18, 2015, Doc. 279).[1]

4.	Counsel for the *Jacobs* Plaintiffs has consulted with counsel for the United States, who indicated that, "[i]n light of the Court's prior rulings, the United States does not oppose this application, although it continues to respectfully disagree with the Court's grant of applications

---

[1] Counsel for plaintiff in *Roberts* filed an unopposed Application for Access to Protected Material on March 4, 2016. Doc. 303.

for access by counsel in other lawsuits." Counsel for Fairholme has indicated that it also does not oppose these applications.

5. The applications of counsel for the *Jacobs* Plaintiffs therefore should be automatically granted under Paragraph 7 of the Protective Order, which states: "If there is no opposition, the applicant will automatically be granted access to Protected Information."

        Respectfully submitted,

        POTTER ANDERSON & CORROON LLP

By:   */s/ Michael A. Pittenger*
       Michael A. Pittenger
       1313 North Market Street, 6th Floor
       Wilmington, DE 19801
       (302) 984-6000
       (302) 658-1192 (facsimile)
       mpittenger@potteranderson.com

       *Attorneys for Plaintiffs David Jacobs and Gary Hindes*

Dated: April 20, 2016
1219835/42717

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 20th day of April, 2016, I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system, causing a true and correct copy to be served on all counsel of record.

                                                  */s/ Michael A. Pittenger*
                                                  Michael A. Pittenger